UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

TERRANCE PATTERSON

Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -CR- 625nbvj   ( )( )

Defendant _____TERRANCE PATTERSON_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or __x_ teleconferencing:

_X__   Initial Appearance Before a Judicial Officer

_x__   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Terrance Patterson
(by AEK, with consent)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____N. Todd_____
Defendant's Counsel's Signature

_TERRANCE PATTERSON_____
Print Defendant's Name

NATALI TODD
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/2020
Date

_____Andrew Krause_____
U.S. District Judge/U.S. Magistrate Judge